BRYAN SCHRODER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>SEKSAN KUMTONG,<br><br>      Defendant. | No.<br><br>COUNT 1:<br>INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS<br> Vio. of 49 U.S.C. § 46504 |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about February 2, 2020, on board United Airlines Flight 32 en-route from Los Angeles International Airport to Narita, Japan, landing at Ted Stevens International Airport, within the District of Alaska, the defendant, SEKSAN KUMTONG, did, on an

aircraft in the special aircraft jurisdiction of the United States, by assaulting and intimidating flight crew members and flight attendants of that aircraft, interfere with the performance of the duties of the members and attendants, and did lessen the ability of the members and attendants to perform those duties.

All of which is in violation of 49 U.S.C. § 46504.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Charisse Arce
CHARISSE ARCE
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: February 19, 2020